**Leonard Ray CROOMS, Petitioner–Appellant,**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 05–20638
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 2006.

Leonard R. Crooms, Huntsville, TX, pro se.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Leonard Ray Crooms, Texas prisoner # 352784, who is a sanctioned litigant, requests permission to proceed relative to an appeal of the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition. However, Crooms failed to request permission of the district court to file his petition, as he is required to do pursuant to this court's order in *Crooms v. Cockrell,* No. 01–21003 (5th Cir. March 28, 2002). Therefore, Crooms's application for leave to proceed is DENIED.

IT IS FURTHER ORDERED that Crooms's motions for leave to file a supplemental complaint and for a certificate of appealability are DENIED as having been improvidently filed.

PERMISSION AND MOTIONS DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.